**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:91-cr-00108-HDM-3 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| VICTOR CORONA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant's request for early termination of supervised release (ECF No. 373) filed on April 25, 2016, is **DENIED**.

IT IS SO ORDERED.

DATED: This 2nd day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE

1